AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| | ) Case No.   1:26-MJ-___76___ (DJS) |
| | ) |
| MARK NACHT, | ) |
| | ) |
| | ) |
| Defendant. | ) |

**U.S. DISTRICT COURT - N.D. OF N.Y.**
**FILED**
**APR 1 0 2026**
AT _____ O'CLOCK
John M. Domurad, Clerk

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of April 10, 2026 in the county of Albany in the Northern District of New York the

defendant, Mark Nacht, violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Attempted Enticement and Coercion of a Minor |

This criminal complaint is based on these facts:
See enclosed affidavit.

☒   Continued on the attached sheet.

_____
Complainant's signature

Dominick Canty, FBI Special Agent
_____
Printed name and title

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:   April 10, 2026

_____
Judge's signature

City and State:   Albany, NY

Hon. Daniel J. Stewart, U.S. Magistrate Judge
_____
Printed name and title

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, **Dominick Canty**, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.     I respectfully make this affidavit in support of a criminal complaint charging MARK NACHT, of Waltham, Massachusetts, with using a facility of interstate commerce to persuade, induce, entice, and coerce, and attempt to persuade, induce, entice and coerce, an individual who has not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

2.     I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since September 2019. In that capacity, I assist with sexually based offenses and computer crimes. I have investigated a variety of violent crimes, including the areas of child pornography and online enticement investigations. I am currently investigating federal violations concerning child pornography and the sexual exploitation of children. I have gained experience regarding such crimes through training in seminars, classes, and everyday work related to conducting these types of investigations.

3.     I am an investigative or law enforcement officer of the United States within the meaning of Title 18 United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516(1). As an FBI Task Force Officer, I am authorized to seek and execute federal arrest and search warrants for Title 18 criminal offenses, including

1

offenses related to the sexual exploitation of minors, specifically those involving the exploitation of a minor for sexual purposes in violation of Title 18, United States Code, Section 2422(b).

4.    The statements contained in this affidavit are based upon my investigation, information provided by other law enforcement officials and on my experience and training with the FBI.  As this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause to believe that NACHT has violated Title 18, United States Code, Section 2422(b).

## BASIS FOR PROBABLE CAUSE

### Initial Contact in December 2025

5.    On December 18, 2025, via a social media application ("Application-A"),[1] user "KinkDaddyinMA" contacted a Federal Bureau of Investigation (FBI) Online Covert Employee pretending to be an adult woman (the "OCE") with access to her thirteen-year-old niece ("Minor-1"). KinkDaddyinMA asked the OCE, "have you ever been in a real life DDlg dynamic?" Investigators understand "DD1g" to mean a "daddy-daughter little girl dynamic" and involves a relationship between an adult and a minor. The OCE advised KinkDaddyinMA that she had access to a thirteen your old girl who had previously been sexually abused.

6.    The profile photograph for KinkDaddyinMA on Application-A shows the bottom half of the face and neck of a white male and is generally consistent with the public-facing

---

[1] Application-A is described as "a social networking site and app used to find local events, network, and connect with like-minded people. The platform allows users to join groups, share photos, and stay informed about community events."

LinkedIn profile photograph for Mark NACHT, a retired assistant director of elementary special education in Waltham, Massachusetts.

7.    As the conversation continued on Application-A, KinkDaddyinMA sent numerous sexual GIFs and expressed interest in sexually abusing Minor-1. For example, KinkDaddyinMA had the following conversation with the OCE:

| User | Message |
| --- | --- |
| OCE | and its hard to be open with people when shes 13. also as a mom I want to be safe. No aggressive crazies. I want to make the rules. And I want her to choose what she wants to do |
| KinkDaddyinMA | I think she'd be fascinated by the long thick bulge in my briefs…how it pulses like a heartbeat and reaches my hip |
| OCE | she loves making her daddy happy |
| KinkDaddyinMA | I'd hope you openly started touching yourself and getting lost in rubbing and orgasming as you watch her please her daddy |
| KinkDaddyinMA | no rushing to penetration…us edging all around so there's a frenzy for more |
| OCE | I can see myself in the hotel cuckchair now watching britt please her gentle daddy |
| KinkDaddyinMA | eyes on daddy as she licks and nibbles and suckles on the cockhead which is her special pacifier to soothe…her hair being stroked and hearing daddy whisper good girl |
| OCE | 🐻🐻🐻🐼🐼🐼 |
| OCE | you would tell my little britt shes a good girl? |
| KinkDaddyinMA | yes, its important she hears good girl and other praise to feel special. I hope she's sloppy and loves to drool and lets gobs of saliva and gets lost in bobbing her head up and down to please |
| KinkDaddyinMA | does she gag easily and struggle and does she want to learn to take it past her tonsils or not sure? |
| OCE | if you tell her that makes you feel good she will happily make daddy happy |
| KinkDaddyinMA | she'll hear me moaning her name and how good she's doing |

8.    Application-A records show that the username KinkDaddyinMA created an account with email address bluzgiant[redacted]@gmail.com ("BluzGiant Google Account"), has a listed date of birth in 1967 (same birth year as Mark NACHT), and has a verified mobile

3

number of 857-XXX-6200 ("Target Phone-6200"). Application-A internet history records also show logins to the account using an Apple iOS device.

9.      T-Mobile records indicate that the subscriber of the Target Phone-6200 between November 2025 to January 20, 2026, is Mark NACHT.

<u>Conversation Migrates to Another Social Media and Messaging Application</u>

10.      On January 5, 2026, KinkDaddyinMA asked if the OCE used apps like Snapchat or Telegram. In response, the OCE stated that she had an account on another encrypted social media and messaging platform, Application-B.[2] KinkDaddyinMA stated that he had an account on Application-B, and asked the OCE for her username and then sent the OCE a request to continue the conversation on Application B. The following day, on January 6, 2026, OCE accepted a request from username @kinkdaddy8 ("KinkDaddy8 Account") on Application-B to continue the conversation.

11.      Since January 6. 2026, the user of the KinkDaddy8 Account has communicated with the OCE via Application-B and has expressed an interest in sexual contact with OCE's Minor-1 and enticing Minor-1 in sexual activity, including oral and vaginal penetration of the minor. For example, on January 6, 2026, the user of the KinkDaddy8 Account and the OCE engaged in the following chat on Application-B to discuss a potential future meeting when the user of the KinkDaddy8 Account would engage in sexual contact with Minor-1:

| User | Message |
|------|---------|
| OCE | if we were to meet what would be your expectations |

[2] Application-B is an end-to-end encrypted messaging and social media application created by a company based in Switzerland. Investigators understand that Wire is available for iOS, Android, Windows, macOS, Linux and web browsers. Wire requires only an email or phone number to sign in.

| User | Message |
|------|---------|
| KinkDaddy8 | Is she orally fixated with your friend or prefers penetration and does she have a favorite position shes expressed to you? |
| KinkDaddy8 | We would hopefully feel a connection as people more than just a physical attraction because a mental bond is as important to me as the physical and leads to an emotional one |
| OCE | she loves oral and is starting to enjoy penetration. Her favorite position is on her back she has not done much more but is slowly liking to be on top which is what she did when her friend was home |
| OCE | I just want to know what you would ecpect sexually. I'd like for you to be honest. As I have rules. Certainly no anal |
| KinkDaddy8 | An effortless conversation and each of us experiencing attachment |
| KinkDaddy8 | Tongue kissing, touches and oral until I know she's open to me being inside with your consent |
| OCE | I love that! |
| KinkDaddy8 | Eye contact with her on her back as if it was the first time shes ever had sex so she sees the warmth in my esys as I go deeper than your friend was able to |
| OCE | and if deeper makes her uncomfortable then what |
| KinkDaddy8 | And I'd want a big mirror or two nearby so she can see herself like shes in her own sensual porn |
| KinkDaddy8 | Then I'd use my wide mushroom cockhead to drive her insane to the the point where she lifts her own hips to take more of me....maybe even frusturating her so she shows me how stroing her need for more is |

12.    The user of the KinkDaddy8 Account also expressed an interest in having the OCE travel with Minor-1 to his residence in Massachusetts, stating in relevant part, "If we hit it off we can start meeting in central MA for a fun activity and you leave your car and we go back in mine or even April school vacation if you don't have to work" and "But a first meeting will say a lot about anything beyond that."

13.    In late January 2026, NACHT, using the KinkDaddy8 Account, also communicated directly with another account operated by another OCE pretending to be the Minor-1. During those conversations, NACHT, via the KinkDaddy8 Account, engaged in grooming behavior and encouraged Minor-1 to engage in sexual conduct with him when they

5

meet in person. For example, he sent her a message stating, "You being my girl makes me excited and tingly and melty" and "the adult word is aroused."

14.     On March 18,2026, the OCE conducted a video call over Application-B with the user of the KinkDaddy8 Account, which was screen recorded. I have reviewed a screen recording of the call, and I can identify the person on the video call as March NACHT. The phone call last approximately 15 minutes, but due to a technical malfunction, only 10 minutes and 41 seconds of the call were captured and screen recorded. During the call Mark NACHT confirmed he would like to get the minor "wet" by penetrating her vagina with his fingers and tongue. Mark NACHT also confirmed he would bring a "pink bunny" vibrator to their meeting. Mark NACHT advised it is not about her age, and he would feel more comfortable if she was 16 or 18 so he would not have to worry.

15.     On March 19, 2026, NACHT, via the Kinkdaddy8 Account, advised the OCE that he wished to discontinue contact and asked the OCE to delete his messages. Below is an excerpt from the conversation:

| User | Message |
| --- | --- |
| KinkDaddy8 | We should probably not continue but a few important things<br>I don't want her to feel any type of rejection or that she was the cause for this ending. She is adorable and we both want her feeling good about herself<br>I also don't know how to delete this since it's impossible to do message by message since there are thousands. Maybe block eachother (although the messages get archived) or we delete our accounts and you start new ones, or I just delete mine idk |
| OCE | I will take care of her on my end don't worry about it |
| KinkDaddy8 | I really hope you find what you are looking for barb |

16.     On March 29, 2026, NACHT, using the Kinkdaddy8 Account, sent the OCE another connection request on Application-B. On March 30, 2026, OCE accepted the request and began a new chat with NACHT. NACHT asked the OCE "Was wondering if you found a new daddy already" and "I miss our talks and realized I was selfish expecting your direct involvement with me rather than just watching" and "Was just hoping you might revisit where we were and I'm home in a week now." In response, the OCE stated, "I think its best we just leave it be. [Minor-1] is fine. she understands why you weren't able to play in person. this isnt the first time ive had to explain it to her." The OCE continued "It's just very risky for me. it seems like you just like the mental age thing. not her actually being 12" and later corrected to clarify that the child was 13 years old.

17.     Below are excerpts from conversations between March 30, 2026 and April 6, 2026. During those conversations, NACHT, using the Kinkdaddy8 Account, noted that he wanted to set up another video chat but had concerns about law enforcement.

| User | Message |
| --- | --- |
| OCE | if you dont want to meet at my apartment that is fine. I am putting the ball in your court. its just me and [Minor-1] |
| Kinkdaddy8 | I've said wayyy too much to be settling you up LOL |
| OCE | and cops try their hardest to get people like this so if I was some cop or stupid youtuber why would I tell you to go away |
| OCE | like is said if this isnt for you just leave and dont message me again that is completely fine. I appreciate your openness but dont want to put anyone in an uncomfortable situation |
| Kinkdaddy8 | And you feel totally secure that you haven't been watched unknowingly |
| Kinkdaddy8 | I requested to talk with you yesterday and messaged you as soon as you accepted today because I want this as much as you do |

\*\*\*

| User | Message |
|---|---|
| OCE | Im excited to see you play with her I know it will be nerves in the beginning but this will be so hot |
| Kinkdaddy8 | My fingertips and body rubs make women melt<br>Im a deeply sensual daddy<br>So much oral too |
| OCE | Youll let me watch you play orally? |
| Kinkdaddy8 | Soft licks and a curved finger up along the G spot |
| OCE | Will it be gentle on her though? |
| Kinkdaddy8 | Nothing strong like a wand |
| OCE | Ok great<br>I will have her wear her skirt. I hope it fits<br>Or I hope its warm enough LOL |
| Kinkdaddy8 | And I'm bringing a pink bunny vibrator that has two soft rubbery bunny ears |

***

| User | Message |
|---|---|
| KinkDaddy8 | Nothing makes me smile more than a [Application-B] notification<br>Not sure if you told your friend anything but I'd like you to not say anything more about this |
| OCE | I have told NO ONE<br>I can get in a lot of trouble. [Minor-1] can be taken away from me I would be lost |
| KinkDaddy8 | Yes delete that now |

18.     NACHT and the OCE then arranged to meet on Friday, April 10, 2026, at about 9:00 a.m. at a location near Albany, New York at the OCE's apartment.

Meeting on April 10

19.     On April 9, 2026, law enforcement obtained a warrant for prospective location data associated with NACHT's phone, Target Phone-6200. Location data for the Target Phone-6200 showed that the Target Phone-6200 travelled from Waltham, Massachusetts to the Albany, New York area on April 10, 2026.

20.     On April 10, 2026, NACHT arrived at the location in Albany, NY, where NACHT and the OCE had previously arranged to meet for the purposes of engaging in sexually explicit

8

conduct with Minor-1. NACHT then called the OCE to confirm that the OCE was in the area to meet in the parking lot.

21.    Soon after, NACHT got out of his car and was detained by law enforcement, who advised him of his Miranda rights, which he knowingly and voluntarily waived. In his interview, which was audio recorded, NACHT admitted to the following:

    a.   He used Application-A and Application-B and had the username KinkDaddyinMA on Application-A and Kinkdaddy8 on Application B.

    b.   He had been in communication with a woman who had a 13-year-old child.

    c.   He travelled from Massachusetts to New York that day to meet the woman and the woman's daughter for the purpose of having sex with the child. He had a vibrator that was intended to be used on the child.

    d.   He also communicated directly with the child.

    e.   He had purchased a pair of socks for the child as well.

    f.   He claimed that the woman he was communicating with was into a "family kink."

    g.   He said that he knew law enforcement was not going to let him go and that his life was "over."

22.    Upon his arrest, officers searched NACHT's person and discovered NACHT's cell phone. NACHT also consented to the search of his car and law enforcement found a laundry bag that contained striped children's socks, lube, condoms, and a pink bunny vibrator.

## Attempted Violations of State Law

23.    The sexual acts NACHT intended to perform on the person he believed to be a 13-year-old girl, as set forth above, would constitute, among others, the following crimes under New

9

York State Penal Law: Rape in the second degree, in violation of New York State Penal Law § 130.35(1), (2), and (3), which makes it unlawful to engage in vaginal, oral, or anal contact with another person who is less than fifteen years old when the actor is eighteen years old or more. Rape in the first degree is a class D felony.

## CONCLUSION

24.    Based on the above information, I believe that probable cause exists that Mark NACHT has attempted to violate Title 18, United States Code, Section 2422(b) [Attempted Coercion and Enticement of a Minor], which prohibits any person from using a facility of interstate commerce to attempt to persuade, induce, entice, and coerce, an individual who has not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense. I respectfully request that a criminal complaint be issued pursuant to this violation of federal law.

Attested to by:

Dominick Canty
Special Agent
Federal Bureau of Investigation

I, the Honorable Daniel J. Stewart, United States Magistrate Judge, hereby acknowledge that this affidavit was attested to by the affiant on April 10, 2026, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Hon. Daniel J. Stewart
United States Magistrate Judge

10