

**HACKER MURPHY**
—— LLP ——

*Please send all mail to:*
TROY OFFICE

28 Second Street
Troy, NY 12180
518-274-5820

200 Harborside Drive
Suite 300
Schenectady, NY 12305
518-783-3843

511 Broadway
Saratoga Springs, NY 12866
518-584-8886

41 State Street
Suite 604-05
Albany, NY 12207
518-486-8800

Fax | 518-274-5875

hackermurphy.com

*via ECF*

April 17, 2026

Honorable Daniel J. Stewart
United State Magistrate Judge
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway
Albany, New York 12207

      RE:    *United States v. Mark Nacht*, 26-mj-76 (DJS)

Dear Judge Stewart:

Yesterday, defendant Mark Nacht retained me to represent him in the above reference criminal case. Defendant is presently scheduled for a detention hearing before this Court on Tuesday, April 21, 2026 at 2:00pm. Defendant respectfully requests adjournment without date of this hearing. Defense counsel has consulted with the government, and it has no objection.

Mr. Nacht waives his right to a preliminary hearing at this time while reserving the right to request such hearing at a later date under Rule 5.1 of the Federal Rules of Criminal Procedure.

Additionally, defendant requests an adjournment without date of his detention hearing, likewise reserving his right to request a detention hearing at a later date under 18 U.S.C. § 3142.

Defendant respectfully requests that the Court *So Order* this letter endorsing defendant's requests.

Thank you for your courtesies and attention to this matter.

Respectfully Yours,

HACKER MURPHY, LLP

Julie A. Nociolo

Cc:    Assistant United States Attorney Alexander Wentworth-Ping, *via ECF*
       United States Probation Officer Amy Brancatelli, *via email*