AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____Northern_____    **District of**    _____New York_____

United States of America

                Plaintiff (s),

V.

    Mark Nacht

               Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 26 - mj - 76

Notice is hereby given that, subject to approval by the court,  ___Mark Nacht___  substitutes
                                                        (Party (s) Name)

___Julie A. Nociolo___ , State Bar No.  ___519914___  as counsel of record in
        (Name of New Attorney)

place of  ___Andrew Safranko___ .
               (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:  HACKER MURPHY, LLP

    Address:  28 Second Street, Troy, New York 12180

    Telephone:  (518) 274-5820      Facsimile  (518) 274-5875

    E-Mail (Optional):  jnociolo@hackermurphy.com

I consent to the above substitution.

Date:  ___4/16/2026___                               (Signature of Party (s))

I consent to being substituted.

Date:  _____                             (Signature of Former Attorney (s))

I consent to the above substitution.

Date:  ___4/16/2026___                /s/ Julie A. Nociolo
                                         (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:  ___4/17/26___                                    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]